DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of L.R., minor child.

W.R.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM,

Appellees.

Nos. 2D2025-2533
_____

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Richard H. Martin, Judge.

Jonathan E. Hackworth of Hackworth Law, PA, Tampa, for Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Jaime Michelle Generazzo, Senior Attorney, Appellate Division, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem, Tallahassee, Attorneys for the Statewide Guardian ad Litem o/b/o L.R.


PER CURIAM.

Affirmed.

SILBERMAN, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.